**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**Roy EATON, Respondent.**

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**Genevieve H. EATON, Respondent.**

**No. 13806.**

United States Court of Appeals
Ninth Circuit.

March 10, 1954.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Lee A. Jackson, Joseph F. Goetten, Meyer Rothwacks, Sp. Assts. to Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Milton Cades, Smith, Wild, Beebe & Cades, J. Russell Cades, Eugene H. Beebe, Honolulu, Hawaii, for respondents.

Before MATHEWS, STEPHENS and BONE, Circuit Judges.

PER CURIAM.

The Commissioner of Internal Revenue seeks review of two decisions of the Tax Court—a decision redetermining the income tax liability of Roy Eaton for the calendar years 1943, 1944, 1945 and 1946 and a decision redetermining the income tax liability of Genevieve H. Eaton for the calendar years 1945 and 1946. The decisions are affirmed on the authority of Commissioner v. Sultan, 9 Cir., 210 F. 2d 652, affirming Sultan v. Commissioner, 18 T.C. 715; Commissioner v. Brodhead, 9 Cir., 210 F.2d 652, affirming Brodhead v. Commissioner, 18 T.C. 726.

**Wilbur O. ARCHIE, Appellant,**

v.

**SHELL OIL COMPANY, Inc., et al.,
Appellees.**

**No. 14734.**

United States Court of Appeals
Fifth Circuit.

March 12, 1954.

Rehearing Denied March 30, 1954.

I. H. Spears, in pro. per.

Gordon O. Ewin, New Orleans, La., Elton A. Darsey, Houma, La., H. H. Hillyer, Jr., Ernest M. Sutter, New Orleans, La., for appellees.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

In his will considered and thoughtful opinion,[1] stating the issues joined and the facts proved, the district judge canvassed and disposed of, adversely to him, plaintiff's claims.

Upon full and careful consideration of the opinion in the light of the record, the briefs and the oral arguments, we find ourselves in agreement with the conclusions reached by the district judge. We will not, therefore, write other than to say that, for the reasons given by the district judge in support of it, the judgment appealed from is affirmed.

1. Archie v. Shell Oil Co., D.C., 110 F. Supp. 542.